No. 6408.—MARCHÁN, etc., apldos. *v.* FERNÁNDEZ, aplte.—C. D. San Juan. ▮▮▮▮▮▮▮ ▮▮▮▮▮ Mayo 7, 1935.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

POR CUANTO, la apelación en este caso se interpuso contra una orden nombrando un síndico;

POR CUANTO, la parte apelada solicitó la desestimación del recurso por no ser apelable la orden recurrida, por moción de abril 17 notificada a la parte apelante y al abogado del Síndico cuya vista se celebró sin asistencia de las partes el día 6 de mayo en curso; y

POR CUANTO, esta Corte Suprema en los casos de *Salvá et al.* v. *Sucesión Borrás*, 8 D. P. R. 201, *Fernández* v. *Foix*, 16 D. P. R. 262, *Balasquide* v. *Rossy, Juez de Distrito*, 18 D. P. R. 33 y *Gómez* v. *American Colonial Bank*, 31 D. P. R. 951 ha resuelto que una orden nombrando un síndico no es apelable;

POR TANTO, de acuerdo con los hechos y la ley, se declara con lugar la moción y se desestima, por falta de jurisdicción, el recurso.

(C) Desistimientos.

(*a*) casos en que se tuvieron por desistidos a los apelantes, a su propia instancia, de los recursos interpuestos.

Nos. 6240, 6381, 6501, 6507, 6559, 6567, 6613, 6667, 6689, 6730, 6761, 6783, 6872, 6882, 6899, 6922, 6933, 6948, 6955, 6968, 6982, 6991, 7016, 7023, 7025, 7040, 7048, 7066, 7068, 7078, 7080, 7081, 7089, 7115, 7128.

## II. CASOS CRIMINALES.

### (A) En General.